NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5037, -5041

NORTHERN STATES POWER COMPANY,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
98-CV-484, Senior Judge John P. Wiese.

ON MOTION

O R D E R

The United States submits a supplemental status report concerning the stay of proceedings in this case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The stay of the briefing schedule is lifted.

(2)     The United States' opening brief is due no later than July 9, 2010. Further extensions of time should not be anticipated.

FOR THE COURT

**MAY 0 5 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Alexander D. Tomaszczuk, Esq.
       Andrew P. Averbach, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 5 2010

JAN HORBALY
CLERK